UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 9 2003

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| vs. | § | C.A. No.: B-03-146 |
| | § | (Claim No. C99-22209) |
| BEATRIZ M. GARZA, | § | |
| Defendant. | § | |

## CLERK'S ENTRY OF DEFAULT

On this day, came on to be heard Plaintiff's Request for Entry of Default against Defendant Garza. Although Defendant Beatriz M. Garza was cited to appear and answer herein, she has failed to file an answer within the time allowed by law. Therefore, the Court is of the opinion that Default against Defendant should be entered.

It is, accordingly, ordered, adjudged, and decreed that the Clerk of the Court enter Default against Defendant, Beatriz M. Garza.

Signed on this 29th day of October, 2003, at Brownsville, Texas.

MICHAEL MILBY, DISTRICT CLERK

By: __Michael N. Milby, Clerk__

_Manuela Perez_, Deputy Clerk