UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| vs. | § | C.A. No.: B-03-146 |
| | § | (Claim No. C99-22209) |
| BEATRIZ M. GARZA, | § | |
| Defendant. | § | |

# DEFAULT JUDGMENT

The Plaintiff having filed a Motion for Default Judgment and the Court notes that Defendant Beatriz M. Garza has failed to appear to defend this action after having been served with process,

It is therefore adjudged that the United States of America recover from Beatriz M. Garza:

| | |
|---|---|
| Principal Balance: | $ 2,500.00 |
| Total Interest Accrued (As of August 13, 1999) | $ 2,415.76 |
| Administrative Charges | $     0.00 |
| Attorney's Fees | $   550.00 |
| | $ 5,465.76 |
| Less Credits (Debtor Payments) | $     0.00 |
| Total Owed | $ 5,465.76 |

Interest Rate:  8.00
Daily Accrual:  0.55

Post-judgment interest at  1.37 % per annum.

Signed _____, 2003, at Brownsville, Texas.

_____
United States District Judge